# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

KAREN AFLALO,

                Plaintiff,

    - against -

CANTOR FITZGERALD, L.P., CANTOR FITZGERALD SECURITIES, INC., BGC PARTNERS, INC., GFInet, INC., AND GFI GROUP, INC.,

                Defendants.

---

No. 1:16-cv-9380

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

ORAL ARGUMENT REQUESTED

PLEASE TAKE NOTICE that Defendants, upon their accompanying Memorandum of Law in Support of Their Motion to Dismiss, by and through their attorneys, will move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C § 1367(c)(3), dismissing all of the claims asserted against Defendants in the above-captioned matter and granting such additional and further relief as the Court may deem just and proper.

Dated: May 8, 2017
       New York, New York

                              Respectfully submitted,

                              By: */s/ Nirav S. Shah*
                              Michael S. Popok, Deputy General Counsel
                              Nirav S. Shah, Assistant General Counsel
                              Katelyn M. Beaudette, Counsel
                              110 East 59th Street, 7th Floor
                              New York, New York 10022
                              Tel.: (212) 294-7873 (NSS)
                              Email: nirav.shah@cantor.com

                              *Attorneys for Defendants*