UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREN AFLALO,

                        Plaintiff,

    -against-

CANTOR FITZGERALD, L.P., CANTOR
FITZGERALD SECURITIES, INC., BCG
PARTNERS, INC., GFInet, INC., and GFI
GROUP, INC.,

                        Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/18

16 CIVIL 9380 (VSB)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 30, 2018, because Plaintiff has failed to establish a prima facie case of retaliation under the FLSA, Defendants' motion to dismiss Plaintiff's Complaint is GRANTED in its entirety. The Court declines to exercise supplemental jurisdiction over Plaintiffs NYLL claim, and this claim is therefore dismissed without prejudice to Plaintiff filing that claim in state court. Judgment is entered for Defendants; accordingly, the case is closed.

Dated: New York, New York
          March 30, 2018

                                                      **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                             **BY:**
                                                        **Deputy Clerk**